TIONER, *v.* WILLIAM A. CHAPMAN & Co. · January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward A. Graham, Mr. Robert E. Steiner, Mr. Horace Stringfellow* and *Mr. Thomas H. Clark* for petitioner. *Mr. W. A. Gunter* and *Mr. G. L. Smith* for respondents.

---

No. 527. H. HACKFELD & Co. (LIMITED), PETITIONER, *v.* UNITED STATES. January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit· granted. *Mr. Maxwell Evarts* for petitioner. *The Attorney General* and· *Mr. Solicitor General Hoyt* for respondent.

---

No. 361. PERRY F. DUNTON, MASTER, ETC., PETITIONER, *v.* ALLAN STEAMSHIP COMPANY (LIMITED), OWNER, ETC. January 18, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert H. Smith* for petitioner. *Mr. Henry R. Edmunds* for respondent.

---

No. 539. THOMAS H. PHILLIPS, PETITIONER, *v.* IOLA PORT-LAND CEMENT COMPANY. January 18, 1904. Petition for· a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John Charles Harris* and *Mr. Edward F. Harris* for petitioner. *Mr. G. B. Webster* for respondent.

---

No. 518. BANK OF BRITISH COLUMBIA, PETITIONER, *v.* PERCY P. MOORE, ADMINISTRATOR, ETC. January 25, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dillon, Mr. Harry Hubbard, Mr. John M. Dillon, Mr. Fisher A.*